# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

302 658 9200
302 658 3989 Fax

**Megan E. Dellinger**
(302) 351-9366
mdellinger@morrisnichols.com

September 30, 2024

The Honorable Colm F. Connolly      *VIA ELECTRONIC MAIL*
J. Caleb Boggs Federal Building
844 North King Street
Room 4124, Unit 31
Wilmington, DE 19801-3555

Re: *Pfizer Inc., et al. v. Apotex, Inc., et al.*; C.A. No. 24-621 (CFC)
*Pfizer Inc., et al. v. Aurobindo Pharma Limited, et al.*;
C.A. No. 24-622 (CFC)
*Pfizer Inc., et al. v. Changzhou Pharmaceutical Factory*;
C.A. No. 24-623 (CFC)
*Pfizer Inc., et al. v. MSN Laboratories Private Ltd., et al.*;
C.A. No. 24-624 (CFC)
*Pfizer Inc., et al. v. Natco Pharma Ltd., et al.*; C.A. No. 24-625 (CFC)
*Pfizer Inc., et al. v. Rubicon Research Private Ltd.*;
C.A. No. 24-626 (CFC)
*Pfizer Inc., et al. v. Teva Pharmaceuticals, Inc.*;
C.A. No. 24-627 (CFC)

Dear Chief Judge Connolly:

  Pursuant to the Court's August 12, 2024 Order (D.I. 23 in C.A. No. 24-621), the parties to the above-referenced actions submit the attached [Proposed] Scheduling Order, which has been agreed upon by the parties. If it meets with the Court's approval, the parties respectfully request that it be entered and that the Rule 16 Conference currently set for October 2, 2024 at 9:00 a.m. be taken off calendar.

The Honorable Colm F. Connolly
September 30, 2024
Page 2

                              Respectfully,

                              */s/ Megan E. Dellinger*

                              Megan E. Dellinger (#5739)

MED/ds
Attachment

cc:    Clerk of the Court (via hand delivery; w/attachment)
        All Counsel of Record (via electronic mail; w/attachment)